From: Sharkey, Vincent [VSHARKEY@RIKER.com]
Sent: Tuesday, December 26, 2006 12:12 PM
To: greg@crane.net
Cc: O'Donnell, Michael
Subject: RE: 41-81 Clark Road, Bernardsville, New Jersey

Dear Mr. Crane:
    Mike O'Donnell is away from the office today; I am responding on behalf of Chicago Title in his stead to your message of last Friday.
More particularly, I will respond to the numbered paragraphs in your message to Mike of approximately 2:09 PM.
    1.  As Mike has discussed with you previously, you are free to sell your note and mortgage to whomever you choose, and without the involvement of Chicago Title.  As Mike has also discussed with you, however, facts have been brought to the attention of Chicago Title which might affect the validity, enforceability and/or priority of your mortgage, based upon matters alleged and pending in the consolidated New Jersey actions and bankruptcy action referred to in Mike's previous correspondence to you.  Chicago Title is willing to serve as escrow agent in connection with the proposed sale/assignment of your note and mortgage, but will require an acknowledgment by your buyer of its understanding of the pendency of those actions, and a release by your buyer of Chicago Title from any claim related to those actions.
    2.  You are correct that Chicago Title will not update its policy to reflect the assignment to your purchaser without continuing its title search to the date of recordation of the assignment and adding whatever additional exceptions to coverage might be indicated by the updated title search, including, without limit, the exceptions to coverage which Mike previously reported to you.
    3.  You are correct that it is Chicago Title's position that the provisions of paragraph 2 above do not conflict with its obligations under the Escrow Instructions of October 16 you provided to us.
    If you have any further questions in this matter, please feel free to address them to me.
    Vince Sharkey

Vincent J. Sharkey, Jr., Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP Headquarters Plaza One Speedwell Avenue Morristown, NJ  07962-1981 Direct Phone:  (973) 451-8509 Direct Fax: (973) 451-8730 Office Phone:  (973) 538-0800 Office Fax: (973) 538-1984
Email:  vsharkey@riker.com

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use.
You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail anddelete this e-mail and all attachments from your system. Thank You.
Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com

-----Original Message-----
From: Greg Crane [mailto:greg@crane.net]
Sent: Friday, December 22, 2006 3:11 PM
To: O'Donnell, Michael
Subject: RE: 41-81 Clark Road, Bernardsville, New Jersey

Mr. O'Donnell,

My intentions are not to file a claim, but to sell Sky Lands position. If you can confirm that #1 is correct, I believe that I can sell our position to a backup buyer and we are out of the picture.

Our sales price is higher than the policy amount so filing a claim is the last thing that we want to do.

Can you please confirm that #1 is correct so that I can work on this between now and the 26th?

Thanks,

Greg Crane
602-377-3456


-----Original Message-----
From: O'Donnell, Michael [mailto:MODONNELL@RIKER.com]
Sent: Friday, December 22, 2006 1:03 PM
To: greg@crane.net
Subject: RE: 41-81 Clark Road, Bernardsville, New Jersey

Mr.  Crane:

I will respond to your e-mail completely on December 26 after the holidays. But my letters are clear and do not need clarification.  Your e-mail does misstate Chicago Title's position.  After this last rejoinder, however, we will be reluctant to continue to respond to e-mails that appear to be more intent on establishing a claim rather than having your transaction close.

Enjoy the holidays.

Michael O'Donnell, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP Headquarters Plaza One Speedwell Avenue Morristown, New Jersey 07962-1981
t:  973.451.8476
f:  973.451.8700
MOdonnell@riker.com

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail anddelete this e-mail and all attachments from your system. Thank You. Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com


-----Original Message-----
From: Greg Crane [mailto:greg@crane.net]
Sent: Friday, December 22, 2006 2:09 PM
To: O'Donnell, Michael
Subject: RE: 41-81 Clark Road, Bernardsville, New Jersey


Dear Mr. O'Donnell,

Thank you for your quick response.  I apologize, I am still a little confused, but I believe that we are making great progress. Just to make sure that I am no longer confused as to what Chicago Title's current stance is, I will restate it in my own words. What I now understand is;

    1. Sky Land Investments, LLC can assign its interest in the mortgage and its existing policy to whomever is chooses and Chicago Title will act solely as an neutral "escrow agent" for such assignment and is will not require additional disclosures to be made to a buyer.

    2. Chicago Title will not as "title insurer" at this time issue

an endorsement to cause the beneficial interest in Chicago Title Policy #72107-2576598 to be updated through an additional Endorsement to (solely) reflect (the) Assignee as the Named Insured of the title policy, without limiting the coverage of the current policy by updating the "effective date" of the policy and adding the additional exclusions that you numbered 11 through 14 in your reference letters.

    3. It is Chicago Title's position that #2 above does not conflict with the requirements of Item 4 (c) of the attached Escrow Instructions executed by Chicago Title which state that Chicago Title will, "Cause the beneficial interest in Chicago Title Policy #72107-2576598 to be updated through an additional Endorsement to reflect . (the) Assignee as the Named Insured of the title policy", which makes no mention of any limiting of the existing coverage of the current policy.

Please confirm ASAP if my understanding above is correct.  I will you and yours the best this holiday season.


Thanks,

Greg Crane
602-377-3456



-----Original Message-----
From: O'Donnell, Michael [mailto:MODONNELL@RIKER.com]
Sent: Friday, December 22, 2006 9:13 AM
To: greg@crane.net
Subject: 41-81 Clark Road, Bernardsville, New Jersey

Dear Mr. Crane:

There is no confusion.  Chicago Title, as escrow agent, stands ready to fulfill the escrow instructions.  As title insurer, however, Chicago Title is under no obligation to automatically name TGIG via an endorsement as an insured without that endorsement being updated.  That is the point of my December 15 and 20 letters to you.  Your suggestion that Chicago Title is attempting to force its way into the transaction is simply wrong.  You do not need Chicago Title to sell the mortgage.  But you cannot dictate the terms on which Chicago Title will provide an additional endorsement to the Policy to name Sky Land's potential assignee as the insured.


Michael O'Donnell, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP Headquarters Plaza One Speedwell Avenue Morristown, New Jersey 07962-1981
t:  973.451.8476
f:  973.451.8700
MOdonnell@riker.com

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail anddelete this e-mail and all attachments from your system. Thank You. Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com




-----Original Message-----
From: Greg Crane [mailto:greg@crane.net]
Sent: Thursday, December 21, 2006 6:57 PM
To: O'Donnell, Michael
Subject: RE: 41-81 Clark Road, Bernardsville, New Jersey


Dear Michael O'Donnell,

Thank you for your 12-20-06 letter.  There still seams to be some confusion as to the issues at hand.  Your letter miss quotes what we have been asking for.  I am sure that this in not intentional.  We are not looking for the policy to be "updated" and we are not looking to have an "additional insured" added to the policy.  We are only asking for three simple things that Chicago Title can perform without any further liability;

1.     Chicago Title to act as a natural escrow company solely to facilitate the transfer of the documents in exchange for the transfer of funds.  Chicago Title will not be part of the agreement signed between the parties.
2.     Chicago title to remove Sky Land's as the "Named Insured" on the existing and assignable policy and substitute the name of the assignee as the Named Insured.
a.     The Effective Date of the policy does not change.
b.     No additional insured parties are to be added.
c.     No additional coverage is to be added.
d.     No additional exclusions are to be added.
e.     No additional title searches are to be preformed.

```
f.      No additional representations are to be made.
g.      All aspects of the existing policy stay the same as they
currently
are.
3.      Chicago Title to record the Assignment of Mortgage document with
the
clerks office.
```

Now that Chicago Title has fully made us aware of all of the litigation issues and claims addressed in your letters to Sky Land and we assume all liability for disclosures of such that may or may not be necessary or legally required to be made to the assignee. The Mortgage Purchase Agreement between the parties (buyer and seller) squarely places all of the responsibility solely on the buyer to perform all of its own due diligence independent from the seller. We have in fact discussed many past, present and future litigation issues with the buyer. Again, with all due respect, Chicago Title is not a party to such agreement or the due diligence that led up to such agreement (other than the issuer of the existing policy) and they shouldn't attempt to force their way into such agreement or between the buyer and seller. Chicago Title is requested to be a neutral party.

In an effort to resolve this issue, we will agree for Chicago Title to add the following wording to the endorsement: "This endorsement is issued solely for the purpose to reflect the change in the Named Insured on the policy. The issuance of this endorsement does not increase or decrease the coverage of this policy, nor does it add to or decrease from the validity or enforceability for the instrument creating or memorializing the debt or obligations secured by the mortgage, nor does it insure that a specific sum or amount of indebtedness is currently due and owing from the borrower or mortgage, nor does it effect the effective date of the policy. This endorsement is not intended to constitute an exhaustive treatment of all of the terms and conditions of the policy or to be construed as a waiver of any rights or defenses which are not specifically discussed above."

I fear that this buyer is now lost because of this issue, but I will work diligently to revive the transaction with him or another party. Please let me know ASAP if this is agreeable, and again, thank you for your time and quick response to this most important issue.


Thanks,

Greg Crane
602-377-3456



-----Original Message-----
From: O'Donnell, Michael [mailto:MODONNELL@RIKER.com]
Sent: Wednesday, December 20, 2006 1:21 PM
To: greg@crane.net
Subject: 41-81 Clark Road, Bernardsville, New Jersey

Dear Mr. Crane:

Please see the attached.

Michael O'Donnell, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP Headquarters Plaza One Speedwell Avenue Morristown, New Jersey 07962-1981
t:  973.451.8476
f:  973.451.8700
MOdonnell@riker.com

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail anddelete this e-mail and all attachments from your system. Thank You. Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.15.28/605 - Release Date: 12/27/2006 12:21 PM