Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant
Chicago Title Insurance Company

John Maston O'Neal (#015945)
joneal@quarles.com

Nicole M. Goodwin (#024593)
ngoodwin@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SKY LAND INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer,<br><br>Defendant. | NO. CV07-01328-PHX-SRB<br><br>DECLARATION OF MICHAEL R. O'DONNELL UNDER 28 U.S.C. § 1746 |

I, Michael R. O'Donnell, hereby declare as follows:

1. I am an attorney-at-law admitted to practice in the State of New Jersey, and am a member of the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for Chicago Title Insurance Company ("Chicago Title"). As such, I am fully familiar with the facts stated herein. I make this Declaration in support of Chicago Title's motion for the entry of an Order transferring this matter to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a), or in the alternative, dismissing that matter in accord with the doctrine of *forum non conveniens*.

2. Searches of reputable on-line databases, including those maintained by

Lexis-Nexis, ChoicePoint and the Arizona Corporation Commission, do not reveal an Arizona address or phone number for Sky Land. True and correct copies of the results of the Lexis-Nexis, ChoicePoint and Arizona Corporate Commission searches are attached hereto as **Exhibit A.**

3. A true and correct copy of the mortgage, dated September 26, 1996, by Lorraine Mocco ("Mocco") to First Connecticut Consulting Group, Inc. ("FCCG") on the property located at 41 & 81 Clark Road, Bernardsville, New Jersey (the "N.J. Property" or "Subject Property") (the "Mortgage") is attached hereto as **Exhibit B.**

4. The relevant portions of a Lexis-Nexis report indicating that Mocco is a New Jersey resident are attached hereto as **Exhibit C.**

5. True and correct copies of the two amendments and restatements to the Mortgage, dated September 25, 1996, and recorded in Book 2699 Page 442 and Book 2702 Page 339 in the Somerset County, New Jersey Clerk/Register's Office are attached hereto as **Exhibit D** and **Exhibit E**, respectively.

6. The relevant portions of Lexis-Nexis and ChoicePoint reports indicating that FCCG is a Connecticut corporation are attached hereto as **Exhibit F.**

7. A true and correct copy of Assignment of the Mortgage to EMP, dated September 26, 1996, is attached hereto as **Exhibit G.**

8. The relevant portions of Lexis-Nexis and ChoicePoint reports indicating that SWJ is a Delaware limited liability company with an address of 219 E 69th St., Apt. 4-H, New York, New York are attached hereto as **Exhibit H.**

9. A true and correct copy of SWJ's Certificate of Formation is attached hereto as **Exhibit I.**

10. The relevant portion of a Lexis-Nexis report indicating that Cobra/Ventura Equities, LLC ("Cobra/Ventura") is a New Jersey limited liability company with a

principle place of business at 35 Birch Run Avenue, Denville, New Jersey is attached hereto as **Exhibit J**.

11. The relevant portion of a Lexis-Nexis report indicating that Cobra/Ventura principal, William Mournes ("Mournes"), resides at 35 Birch Run Avenue, Denville, New Jersey is attached hereto as **Exhibit K**.

12. A true and correct copy of the assignment of the Mortgage to Cobra/Ventura, dated May 25, 2005, is attached hereto as **Exhibit L**.

13. A true and correct copy of the assignment of the Mortgage to Advertising Management Consulting, Inc. ("Advertising Management"), dated May 25, 2005, is attached hereto as **Exhibit M**.

14. A true and correct copy of the Arizona Corporation Commission report on Advertising Management, which indicates that its principal is Greg Crane ("Crane") and that it is an Arizona corporation, is attached hereto as **Exhibit N**.

15. A true and correct copy of a Nevada corporate search indicating that Sky Land is a Nevada corporation is attached hereto as **Exhibit O**. In communications that I have had with Crane regarding this matter, he has held himself out to be the principal of Sky Land.

16. A true and correct copy of the assignment of the Mortgage to Sky Land, dated November 16, 2005, is attached hereto as **Exhibit P**.

17. A true and correct copy of the May 23, 2006 Endorsement is attached to the Loan Policy attached hereto as **Exhibit Q**.

18. A true and correct copy of my December 15, 2006 letter to Crane is attached hereto as **Exhibit R**.

19. During my communications with Crane, I requested permission from Sky Land on behalf of Chicago Title to contact the parties in the litigation involving the

Subject Property pending in the New Jersey Superior Court, Chancery Division, Essex County to ascertain whether their claims to the Mortgage were adverse to that of Sky Land. Sky Land refused to give Chicago Title permission to make these necessary inquiries.

20. The documents relating to Chicago Title's investigation of Sky Land's claim are located in New Jersey.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2007

_____
Michael R. O'Donnell