# EXHIBIT C

LexisNexis®: SmartLinx™ Person Report Results                    Page 1 of 25

Source: <u>Public Records</u> > <u>SmartLinx(TM)</u> > § **SmartLinx(TM) - Person Summary Reports** ⓘ
Terms: **last-name(Mocco) , first-name(Lorraine) , state(NJ)** (<u>Edit Search</u>)

Permissible Uses: <u>DPPA - 5. Insurer</u>
                  <u>GLBA - 1. Fraud Prevention or Detection</u>
 ✔Select for Delivery
☐

<u>Click to visualize this report</u>

<u>Subject Summary</u> | Others Using SSN | <u>Address Summary (28)</u> | <u>Voter Registrations (3)</u>
Licenses | <u>Personal Property</u> | <u>Real Property (9)</u> | <u>Bankruptcies (1)</u> | <u>Judgments & Liens (20)</u>
<u>Relatives (39)</u> | <u>Associated Entities (6)</u> | <u>Neighbors (10)</u> | <u>Sources (91)</u>

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Full Name | Address | County | PI |
|---|---|---|---|
| MOCCO, LORRAINE | 81 CLARK RD 41<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | SOMERSET | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | GENDER |
|---|---|---|
| 139-52-XXXX<br>(NEW JERSEY: 1971-1972) | 04/1956<br>(Age: 51) | |

## Subject Summary

<u>Name Variations (7)</u> | SSNs Summa
View Name

**Name Variations**

1: MOCCO, LORRAINE
2: MOCCO, LORRAINE F
3: MOCCO, LORRAINE MUNNIA
4: MUNNIA, LORRAINE
5: MOCCO, LORAINE
6: MOCCO, LORRAAINE F
7: MOCCO, LORRAINE M

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | 139-52-XXXX | NEW JERSEY | 1971-1972 | |

**DOBs**

1: 04/1956
2: 05/1956

3:  1956

## Address Summary

**Address Summary - 28 records found for subject:**    View

| # | Address |
|---|---------|
| 1: | 81 CLARK RD 41<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| 2: | 345 10TH ST APT C<br>JERSEY CITY, NJ 07302-1323<br>COUNTY: HUDSON |
| 3: | 343 10TH ST<br>JERSEY CITY, NJ 07302-1323<br>COUNTY: HUDSON |
| 4: | 4521 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2739<br>COUNTY: HUDSON |
| 5: | 138 STEUBEN ST 140<br>JERSEY CITY, NJ 07302-2939<br>COUNTY: HUDSON |
| 6: | 4417 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON |
| 7: | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| 8: | 10TH ST<br>JERSEY CITY, NJ 07302<br>COUNTY: HUDSON |
| 9: | MAIN ST<br>SAYREVILLE, NJ 08872<br>COUNTY: MIDDLESEX |
| 10: | WASHINGTON RD<br>PARLIN, NJ 08859<br>COUNTY: MIDDLESEX |
| 11: | 139 N BROADWAY<br>SOUTH AMBOY, NJ 08879-1639<br>COUNTY: MIDDLESEX |
| 12: | 37 DELIKAT LN<br>SAYREVILLE, NJ 08872-2209<br>COUNTY: MIDDLESEX |
| 13: | 25 DELIKAT LN<br>SAYREVILLE, NJ 08872-2208<br>COUNTY: MIDDLESEX |
| 14: | 4525 KENNEDY BLVD APT<br>NORTH BERGEN, NJ 07047-2773<br>COUNTY: HUDSON |
| 15: | 4508 BERGENWOOD AVE<br>NORTH BERGEN, NJ 07047-2728<br>COUNTY: HUDSON |
| 16: | 134 CLIFTON PL APT<br>JERSEY CITY, NJ 07304-3152<br>COUNTY: HUDSON |

17: 204 CONGRESS ST APT
JERSEY CITY, NJ 07307-3418
COUNTY: HUDSON

18: 738 W SIDE AVE APT
JERSEY CITY, NJ 07306-6004
COUNTY: HUDSON

19: 9TH ST
JERSEY CITY, NJ 07303
COUNTY: HUDSON

20: 11 LUIS MUNOZ MARIN BLVD APT
JERSEY CITY, NJ 07302-4412
COUNTY: HUDSON

21: 94 CLARK RD
BERNARDSVILLE, NJ 07924-1005
COUNTY: SOMERSET

22: 100 LUIS MUNOZ MARIN BLVD
JERSEY CITY, NJ 07302-4413
COUNTY: HUDSON

23: 81 C RD
BERNARDSVILLE, NJ 07924
COUNTY: SOMERSET

24: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: HUDSON

25: 4423 K BLVD
NORTH BERGEN, NJ 07047
COUNTY: HUDSON

26: 235 72ND ST APT
NORTH BERGEN, NJ 07047-5739
COUNTY: HUDSON

27: PO BOX 5
JERSEY CITY, NJ 07303-0005
COUNTY: HUDSON

28: 11 MARION PL APT
JERSEY CITY, NJ 07306-6407
COUNTY: HUDSON

## Address Details

### 1: 81 CLARK RD 41, BERNARDSVILLE, NJ 07924-1004

| Address | Dates | Phones |
| --- | --- | --- |
| 81 CLARK RD 41<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 07/2007 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 2: 345 10TH ST APT C, JERSEY CITY, NJ 07302-1323

| Address | Dates | Phones |
| --- | --- | --- |
| 345 10TH ST APT C | | |

JERSEY CITY, NJ 07302-1323                        09/2006            (201) 653-1300
COUNTY: HUDSON

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 3: 343 10TH ST, JERSEY CITY, NJ 07302-1323

| Address | Dates | Phones |
|---|---|---|
| 343 10TH ST<br>JERSEY CITY, NJ 07302-1323<br>COUNTY: HUDSON | 2006 | (201) 653-1300 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Residents

MOCCO, AUDREY
MOCCO, AUDREY S

### 4: 4521 KENNEDY BLVD, NORTH BERGEN, NJ 07047-2739

| Address | Dates | Phones |
|---|---|---|
| 4521 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2739<br>COUNTY: HUDSON | 2006 | (908) 630-0818 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 5: 138 STEUBEN ST 140, JERSEY CITY, NJ 07302-2939

| Address | Dates | Phones |
|---|---|---|
| 138 STEUBEN ST 140<br>JERSEY CITY, NJ 07302-2939<br>COUNTY: HUDSON | 2006 | (908) 221-9262 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 6: 4417 KENNEDY BLVD, NORTH BERGEN, NJ 07047-2767

| Address | Dates | Phones |
|---|---|---|
| 4417 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | 2006 | (201) 216-0550 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 7: 41 CLARK RD, BERNARDSVILLE, NJ 07924-1004

| Address | Dates | Phones |
|---|---|---|
| 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 2006 | (908) 221-1938<br>(201) 653-1300 |

Other Associates

MARCIA, GEARY ZAK
ZAK, M G
GEARY, MARCIA
GEARY, MARCIA M
GEARY, MARCIA THERESA
GEARY-ZAK, MARCIA T
GEARYZAK, MARCIA T
ZAK, MARCIA GEARY
ZAK, MARCIA T
GEARY, MARICIA
GEARY, ZAK MARCIA

ZAK, ROSE E

ZAK, JEFF
ZAK, JEFFREY C

ZAK, CHARLES R
ZAK, CHARLES T

### 8: 10TH ST, JERSEY CITY, NJ 07302

| Address | Dates | Phones |
|---|---|---|
| 10TH ST<br>JERSEY CITY, NJ 07302<br>COUNTY: HUDSON | 03/2005 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 9: MAIN ST, SAYREVILLE, NJ 08872

| Address | Dates | Phones |
|---|---|---|
| MAIN ST<br>SAYREVILLE, NJ 08872<br>COUNTY: MIDDLESEX | 2005 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 10: WASHINGTON RD, PARLIN, NJ 08859

| Address | Dates | Phones |
|---|---|---|
| WASHINGTON RD<br>PARLIN, NJ 08859<br>COUNTY: MIDDLESEX | 2005 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 11: 139 N BROADWAY, SOUTH AMBOY, NJ 08879-1639

| Address | Dates | Phones |
|---|---|---|
| 139 N BROADWAY<br>SOUTH AMBOY, NJ 08879-1639<br>COUNTY: MIDDLESEX | 04/2004 | (732) 721-2110 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 12: 37 DELIKAT LN, SAYREVILLE, NJ 08872-2209

| Address | Dates | Phones |
|---|---|---|
| 37 DELIKAT LN<br>SAYREVILLE, NJ 08872-2209<br>COUNTY: MIDDLESEX | 10/2003 | (201) 653-1300 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 13: 25 DELIKAT LN, SAYREVILLE, NJ 08872-2208

| Address | Dates | Phones |
|---|---|---|
| 25 DELIKAT LN<br>SAYREVILLE, NJ 08872-2208<br>COUNTY: MIDDLESEX | 06/2003 | (732) 553-0039<br>(201) 653-1300 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 14: 4525 KENNEDY BLVD APT, NORTH BERGEN, NJ 07047-2773

| Address | Dates | Phones |
|---|---|---|
| 4525 KENNEDY BLVD APT<br>NORTH BERGEN, NJ 07047-2773<br>COUNTY: HUDSON | 06/2002 | (201) 558-0146<br>(201) 558-0559 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Residents

MOCCO, JOE
MARCCO, JOSEPH
MARCCO RD, JOSEPH
MOCCO, JOSEPH
JOSEPH, MOCCO

### 15: 4508 BERGENWOOD AVE, NORTH BERGEN, NJ 07047-2728

| Address | Dates | Phones |
| --- | --- | --- |
| 4508 BERGENWOOD AVE<br>NORTH BERGEN, NJ 07047-2728<br>COUNTY: HUDSON | 2001 | (908) 630-0818 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 16: 134 CLIFTON PL APT, JERSEY CITY, NJ 07304-3152

| Address | Dates | Phones |
| --- | --- | --- |
| 134 CLIFTON PL APT<br>JERSEY CITY, NJ 07304-3152<br>COUNTY: HUDSON | 02/2000 | (201) 434-4395<br>(201) 309-1832<br>(201) 985-1506 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 17: 204 CONGRESS ST APT, JERSEY CITY, NJ 07307-3418

| Address | Dates | Phones |
| --- | --- | --- |
| 204 CONGRESS ST APT<br>JERSEY CITY, NJ 07307-3418<br>COUNTY: HUDSON | 02/2000 | (201) 918-6198<br>(201) 222-0966<br>(201) 792-6698 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 18: 738 W SIDE AVE APT, JERSEY CITY, NJ 07306-6004

| Address | Dates | Phones |
| --- | --- | --- |
| 738 W SIDE AVE APT<br>JERSEY CITY, NJ 07306-6004<br>COUNTY: HUDSON | 01/1999 | (201) 309-9988 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 19: 9TH ST, JERSEY CITY, NJ 07303

| Address | Dates | Phones |
|---|---|---|
| 9TH ST<br>JERSEY CITY, NJ 07303<br>COUNTY: HUDSON | 12/1998 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 20: 11 LUIS MUNOZ MARIN BLVD APT, JERSEY CITY, NJ 07302-4412

| Address | Dates | Phones |
|---|---|---|
| 11 LUIS MUNOZ MARIN BLVD APT<br>JERSEY CITY, NJ 07302-4412<br>COUNTY: HUDSON | 01/1998 | (201) 946-7100<br>(201) 386-7500 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Other Associates

FREEDMAN, MARC
FREEDMAN, MARC A

## 21: 94 CLARK RD, BERNARDSVILLE, NJ 07924-1005

| Address | Dates | Phones |
|---|---|---|
| 94 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | 04/1994 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

## 22: 100 LUIS MUNOZ MARIN BLVD, JERSEY CITY, NJ 07302-4413

| Address | Dates | Phones |
|---|---|---|
| 100 LUIS MUNOZ MARIN BLVD<br>JERSEY CITY, NJ 07302-4413<br>COUNTY: HUDSON | 12/1992 | (201) 644-4047<br>(201) 333-6161<br>(201) 435-9898<br>864-1414 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Residents

MOCCA, PETER M
MOCCO, PETER M

### 23: 81 C RD, BERNARDSVILLE, NJ 07924

| Address | Dates | Phones |
|---|---|---|
| 81 C RD<br>BERNARDSVILLE, NJ 07924<br>COUNTY: SOMERSET | 12/1992 | (201) 653-1300 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 24: 4423 KENNEDY BLVD, NORTH BERGEN, NJ 07047-2767

| Address | Dates | Phones |
|---|---|---|
| 4423 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | 12/1992 | (201) 223-2616 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Residents

MOCCO, M P
MOCCO, P M
LOFFREDO, PERRI
MOCCO, PERRI L
LOFFREDO, PIERINA M
MOCCO, PIERINA LOFFREDO

MOCCO, JOE E
MACCO, JOSEPH E
MOCCO, JOSEPH
MOCCO, JOSEPH E
NACCO, JOSEPH E
NOCCO, JOSEPH E

MOCCO, LORARNINE

MOCCA, LORRAANE

### 25: 4423 K BLVD, NORTH BERGEN, NJ 07047

| Address | Dates | Phones |
|---|---|---|
| 4423 K BLVD<br>NORTH BERGEN, NJ 07047<br>COUNTY: HUDSON | 01/1990 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 26: 235 72ND ST APT, NORTH BERGEN, NJ 07047-5739

| Address | Dates | Phones |
|---|---|---|
| 235 72ND ST APT<br>NORTH BERGEN, NJ 07047-5739<br>COUNTY: HUDSON | 04/1986 | (201) 861-1794<br>(201) 453-1388<br>(201) 854-6842 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 27: PO BOX 5, JERSEY CITY, NJ 07303-0005

| Address | Dates | Phones |
|---|---|---|
| PO BOX 5<br>JERSEY CITY, NJ 07303-0005<br>COUNTY: HUDSON | 12/1979 | |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

### 28: 11 MARION PL APT, JERSEY CITY, NJ 07306-6407

| Address | Dates | Phones |
|---|---|---|
| 11 MARION PL APT<br>JERSEY CITY, NJ 07306-6407<br>COUNTY: HUDSON | | (201) 536-8727<br>221-9262 |

Census Data for this Geographical Region

Median Head of Household Age:

Median Income:

Median Home Value:

Median Education Level:

Other Associates

ZAK, MARCIA T

## Voter Registrations

Voter

View Voter Reg

**Voter Registrations**

1: New Jersey Voter Registration

Registrant Information

Name:  MOCCO, LORRAAINE F

SSN:  139-52-XXXX

Date of Birth:  04/1956

Voter Information

Registration Date: 03/05/1996

Date Last Voted: 11/01/2000

Party Affiliation: REPUBLICAN

Race: Unknown

## 2: New Jersey Voter Registration

Registrant Information

Name: MOCCO, LORRAINE F

SSN: 139-52-XXXX

Date of Birth: 04/1956

Gender: Female

Voter Information

Registration Date: 03/05/1996

Date Last Voted: 11/01/2002

Party Affiliation: REPUBLICAN

Race: Unknown

## 3: New Jersey Voter Registration

Registrant Information

Name: MOCCO, LORRAINE F

Address: 81 CLARK RD
BERNARDSVILLE, NJ 07924-1004
COUNTY: SOMERSET

SSN: 139-52-XXXX

Date of Birth: 04/1956

Gender: Female

Voter Information

Registration Date: 03/05/1996

Date Last Voted: 11/02/2004

Party Affiliation: REPUBLICAN

Race: Unknown

# Real Property

**Real Property**

View Real

## 1: Property Record

Address: 4525 KENNEDY
NORTH BERGEN, NJ 07047
COUNTY: HUDSON

Recording Date: 06/05/2002

Land Use: SINGLE FAMILY RESIDENCE

Type: DEED

Lender: ABN AMRO MTG GROUP INC

Loan Due Date: 06/01/2032

## 2: Property Record

|  |  |
|---|---|
| Address: | 138-140 STEUBEN ST<br>JERSEY CITY, NJ<br>COUNTY: HUDSON |
| Recording Date: | 06/05/2001 |
| Land Use: | COMMERCIAL |
| Type: | DEED |
| Lender: | THE TRUST COMPANY OF NEW JERSEY |

## 3: Property Record

|  |  |
|---|---|
| Address: | 134 CLIFTON PL<br>JERSEY CITY, NJ<br>COUNTY: HUDSON |
| Owner Address: | 345 10TH ST<br>JERSEY CITY, NJ 07302-1323 |
| Sellers: | MOCCO, LORRAINE |
| Owners: | 134 CLIFTON PLACE LLC |
| Assessor's Parcel Number: | 06 01899-0000-0019A |
| Sale Date: | 01/20/2000 |
| Recording Date: | 02/03/2000 |
| Parcel ID: | 060189900000019A |
| Type: | DEED |
| Document Type: | DEED |

## 4: Property Record

|  |  |
|---|---|
| Address: | 204 CONGRESS ST<br>JERSEY CITY, NJ<br>COUNTY: HUDSON |
| Owner Address: | 345 10TH ST<br>JERSEY CITY, NJ 07302-1323 |
| Sellers: | MOCCO, LORRAINE |
| Owners: | 204 CONGRESS ST LLC |
| Assessor's Parcel Number: | 06 00881-0000-00198-000B |
| Sale Date: | 01/20/2000 |
| Recording Date: | 02/03/2000 |
| Parcel ID: | 0600881000000198000B |
| Type: | DEED |
| Document Type: | DEED |

## 5: Property Record

|  |  |
|---|---|
| Address: | 10TH ST<br>JERSEY CITY, NJ 07302<br>COUNTY: HUDSON |
| Owner Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| Sellers: | CONSOLIDATED RAIL CORP |

|  |  |
|---|---|
| Owners: | MOCCO, LORRAINE |
| Assessor's Parcel Number: | 06 00395-0001-0000M-0005 |
| Sale Date: | 04/26/1999 |
| Sale Price: | $190,000 |
| Recording Date: | 03/31/2005 |
| Parcel ID: | 060039500010000M0005 |
| Type: | DEED |
| Document Type: | QUIT CLAIM DEED |

**6: Property Record**

|  |  |
|---|---|
| Address: | 204 CONGRESS ST<br>JERSEY CITY, NJ<br>COUNTY: HUDSON |
| Owner Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| Sellers: | 204 CONGRESS ST LLC |
| Owners: | MOCCO, LORRAINE |
| Assessor's Parcel Number: | 00881-0000-00198-000B |
| Sale Date: | 12/18/1998 |
| Sale Price: | $129,000 |
| Recording Date: | 01/21/1999 |
| Parcel ID: | 00881000000198000B |
| Type: | DEED |
| Document Type: | DEED |

**7: Property Record**

|  |  |
|---|---|
| Address: | 134 CLIFTON PL<br>JERSEY CITY, NJ<br>COUNTY: HUDSON |
| Owner Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| Sellers: | 134 CLIFTON PLACE LLC |
| Owners: | MOCCO, LORRAINE |
| Assessor's Parcel Number: | 01899-0000-0019A |
| Sale Date: | 12/18/1998 |
| Sale Price: | $133,000 |
| Recording Date: | 01/21/1999 |
| Parcel ID: | 0189900000019A |
| Type: | DEED |
| Document Type: | DEED |

**8: Property Record**

|  |  |
|---|---|
| Address: | 9TH ST<br>JERSEY CITY, NJ |

|  | COUNTY: HUDSON |
| --- | --- |
| Owner Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET |
| Sellers: | FIRST CONNECTICUT HOLDING GROUP LLC III |
| Owners: | MOCCO, LORRAINE |
| Assessor's Parcel Number: | 00394-0000-00030 |
| Sale Date: | 12/07/1998 |
| Recording Date: | 12/09/1998 |
| Parcel ID: | 00394000000030 |
| Type: | DEED |
| Document Type: | DEED |

### 9: Property Record

|  |  |
| --- | --- |
| Address: | 81 CLARK RD<br>COUNTY: SOMERSET |
| Owner Address: | 343 10TH ST<br>JERSEY CITY, NJ 07302-1323<br>COUNTY: HUDSON |
| Owners: | MOCCO, LORRAINE |
| Assessor's Parcel Number: | 03 00002-0000-00029 |
| Recording Date: | 07/30/1990 |
| Land Value: | $380,600 |
| Improvement Value: | $2,374,700 |
| Total Value: | $2,755,300 |
| Legal Description: | ADDITIONAL LOTS 11699 SF |
| Type: | ASSESSOR |
| Lot Number: | 29 |
| Tax Year: | 2003 |
| Assessed Value: | $2,755,300 |
| Tax Amount: | $38,849.7 |
| Number of Stories: | 3 |

## Bankruptcies

**Bankruptcies**                                                    View Ba

### 1: NEW JERSEY - TRENTON

|  |  |
| --- | --- |
| Case Number: | 9431932 |
| Original Case Number: | 9431932 |
| Chapter: | 11 |
| Original Chapter: | 11 |
| Filing Date: | 03/30/1994 |

Debtor Information

SSN:  139-52-XXXX

Name(s):  MOCCO, LORRAINE

Address(es):  94 CLARK RD
BERNARDSVILLE, NJ 07924-1005
COUNTY: SOMERSET

Attorney Information

Name:  RICHARD D TRENK

Address:  103 EISENHOWER PKWY
ROSELAND, NJ 07068

Phone:  (201) 228-9600

## Judgments & Liens

Judgments (10) | Additional Lien
View J

**Judgments**

1: NJ

Debtor Information

Name:  MOCCO MS LORRAINE

SSN:  139-52-XXXX

Address:  4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Creditor Information

Name:  GATEWAY DIST. INC.

Case Information

Filing State:  NJ

Amount:  $1,271.92

Case Number:  DJ-00017078-1987-

Filing Date:  04/16/1987

Filing Type:  JUDGMENT

Release Date:  04/20/1999

Filing Information

Number:  DJ-017078-1987

Agency:  NEW JERSEY SUPERIOR COURT

2: NJ

Debtor Information

Name:  MOCCO MS LORRAINE

SSN:  139-52-XXXX

Address:  4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Creditor Information

Name:  GATEWAY DIST. INC.

Case Information

Filing State:  NJ

LexisNexis®: SmartLinx™ Person Report Results

| | |
|---|---|
| Amount: | $1,271.92 |
| Case Number: | DJ-00017078-1987- |
| Filing Date: | 04/16/1987 |
| Filing Type: | JUDGMENT |

Filing Information

| | |
|---|---|
| Number: | 526208 |
| Agency: | NEW JERSEY SUPERIOR COURT |

3: NJ

Debtor Information

| | |
|---|---|
| Name: | MOCCO LORRAINE MS F |
| SSN: | 139-52-XXXX |
| Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: 34035 |

Creditor Information

| | |
|---|---|
| Name: | STATE OF NEW JERSEY |

Case Information

| | |
|---|---|
| Filing State: | NJ |
| Amount: | $6,365.00 |
| Case Number: | DJ-00066518-2002- |
| Filing Date: | 03/15/2002 |
| Filing Type: | STATE TAX LIEN |
| Release Date: | 06/03/2002 |

Filing Information

| | |
|---|---|
| Number: | DJ-066518-2002 |
| Agency: | NEW JERSEY SUPERIOR COURT |

4: NJ

Debtor Information

| | |
|---|---|
| Name: | MOCCO LORRAINE MS F |
| SSN: | 139-52-XXXX |
| Address: | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: 34035 |

Creditor Information

| | |
|---|---|
| Name: | STATE OF NEW JERSEY |

Case Information

| | |
|---|---|
| Filing State: | NJ |
| Amount: | $200.00 |
| Case Number: | DJ-00224426-1999- |
| Filing Date: | 09/22/1999 |
| Filing Type: | STATE TAX LIEN |
| Release Date: | 09/13/2000 |

Filing Information

Number: DJ-224426-1999

Agency: NEW JERSEY SUPERIOR COURT

**5: NJ**

Debtor 1

Name: MOCCO MS LORRAINE

Address: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Debtor 2

Company Name: VILLAGE CAFE

Address: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Case Information

Filing State: NJ

Amount: $2,350.00

Case Number: FL-00670151-0000-

Filing Date: 07/20/1990

Filing Type: FEDERAL TAX LIEN

Release Date: 07/22/1998

Filing Information

Number: 067-151

Agency: ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY

**6: NJ**

Debtor 1

Name: MOCCO MS LORRAINE

SSN: 139-52-XXXX

Address: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Debtor 2

Company Name: VILLAGE CAFE

Address: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Case Information

Filing State: NJ

Amount: $2,350.00

Case Number: FL-00820301-0000-

Filing Date: 10/08/1991

Filing Type: FEDERAL TAX LIEN

Release Date: 07/22/1998

Filing Information

Number: BK0082 PG0301

Agency: ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY

7: NJ

Debtor Information

Name: MOCCO MS LORRAINE

SSN: 139-52-XXXX

Address: 81 CLARK RD
BERNARDSVILLE, NJ 07924-1004
COUNTY: 34035

Case Information

Filing State: NJ

Amount: $26,296.73

Case Number: FL-01550186-0000-

Filing Date: 09/16/2002

Filing Type: FEDERAL TAX LIEN

Release Date: 03/05/2003

Filing Information

Number: BK155 PG186

Agency: ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY

8: NJ

Debtor Information

Name: MOCCO MS LORRAINE

SSN: 139-52-XXXX

Address: 81 CLARK RD
BERNARDSVILLE, NJ 07924-1004
COUNTY: 34035

Case Information

Filing State: NJ

Amount: $26,288.09

Case Number: FL-52420772-0000-

Filing Date: 11/15/2002

Filing Type: FEDERAL TAX LIEN

Release Date: 08/20/2003

Filing Information

Number: 2002107775

Agency: ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY

9: NJ

Debtor 1

Name: MOCCO MS LORRAINE

SSN: 139-52-XXXX

Address: 4423 KENNEDY BLVD
NORTH BERGEN, NJ 07047-2767
COUNTY: 34017

Debtor 2

Company Name: VILLAGE CAFE

|  | 4423 KENNEDY BLVD |
| Address: | NORTH BERGEN, NJ 07047-2767 |
|  | COUNTY: 34017 |

### Case Information

| Filing State: | NJ |
| Amount: | $2,350.00 |
| Case Number: | FR-01390071-0000- |
| Filing Date: | 07/22/1998 |
| Filing Type: | FEDERAL TAX LIEN |

### Filing Information

| Number: | BK139 PG71 |
| Agency: | ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY |

10: NJ

### Debtor Information

| Name: | MOCCO MS LORRAINE |
| SSN: | 139-52-XXXX |
|  | 81 CLARK RD |
| Address: | BERNARDSVILLE, NJ 07924-1004 |
|  | COUNTY: 34035 |

### Case Information

| Filing State: | NJ |
| Amount: | $26,296.73 |
| Case Number: | FR-01570255-0000- |
| Filing Date: | 03/05/2003 |
| Filing Type: | FEDERAL TAX LIEN |

### Filing Information

| Number: | BK157 PG255 |
| Agency: | ALL 21 COUNTY CLERK'S OFFICES OF NEW JERSEY |

**Additional Judgments/Liens Records**

Lien Records                                                    Get Documents

## Potential Relatives

**Potential Relatives**

| No. | Full Name | Address | Phone |
|---|---|---|---|
| 1. | MOCCA, PETER M<br>• AKA: MOCCO, PETER M<br>SSN: 140-32-XXXX<br>(NEW JERSEY: 1957-1959)<br><br>, SSN was linked to more than 2 people.<br>DOB: 05/1942 | 100 LUIS MUNOZ MARIN BLVD<br>JERSEY CITY, NJ 07302-4413<br>COUNTY: HUDSON | (201) 644-4047<br>(201) 333-6161<br>(201) 435-9898 |
| 1.1. | MOCCA, LORRAANE | 4423 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | (201) 223-2616 |

1.2.  MOCCO, AUDREY
601 GRAND AVE
NORTH BERGEN, NJ 07047-1606
COUNTY: HUDSON

2.  MOCCO, PETER M
DOB: 08/1980
DOB: 1982
81 CLARK RD
BERNARDSVILLE, NJ 07924-1004
COUNTY: SOMERSET
(908) 221-0346
(908) 221-9262

3.  MOCCO, AUDREY
• AKA: MOCCO, AUDREY S
SSN: 142-86-XXXX
(NEW JERSEY: 1989-1990)
DOB: 08/1979
DOB: 08/1968
81 CLARK RD
BERNARDSVILLE, NJ 07924-1004
COUNTY: SOMERSET

343 10TH ST
JERSEY CITY, NJ 07302-1323
COUNTY: HUDSON
(908) 221-0346
221-9262

4.  MOCCO, JOE
• AKA: MARCCO, JOSEPH
• AKA: MARCCO RD, JOSEPH
• AKA: MOCCO, JOSEPH
• AKA: JOSEPH, MOCCO
SSN: 148-62-XXXX
(NEW JERSEY: 1976-1977)
DOB: 1970
DOB: 08/1969
DOB: 08/1969
4525 KENNEDY BLVD APT
NORTH BERGEN, NJ 07047-2773
COUNTY: HUDSON
(201) 558-0146
(201) 558-0559

4.1.  MOCCO, J DUFFY
• AKA: DUFFY, MOCCO J
SSN: 590-46-XXXX
(FLORIDA: 1987-1987)
DOB: 08/1974
70 HAVEN AVE APT 6A
NEW YORK, NY 10032-2620
COUNTY: NEW YORK

4.2.  MOCCO, JOE
• AKA: MOCCO, JOSEPH M
SSN: 149-34-XXXX
(NEW JERSEY: 1960-1962)
DOB: 10/1943
9242 KENNEDY BLVD APT 1
NORTH BERGEN, NJ 07047-5312
COUNTY: HUDSON
(201) 662-8047

4.3.  MOCCO, KATIE
SSN: 141-82-XXXX
(NEW JERSEY: 1987-1988)
⌐ SSN was linked to more than 2 people.
9242 KENNEDY BLVD APT 1
NORTH BERGEN, NJ 07047-5312
COUNTY: HUDSON

4.4.  MOCCO, ANDY
DOB: 08/1968
15-47 11TH ST
FAIR LAWN, NJ 07410-1954
COUNTY: BERGEN
(201) 796-2329

4.5.  MOCCO, PIERRA
15-47 11TH ST
FAIR LAWN, NJ 07410-1954
COUNTY: BERGEN
(201) 796-2329

4.6.  MOCCO, STEVEN
SSN: 141-82-XXXX
(NEW JERSEY: 1987-1988)
9242 KENNEDY BLVD APT 1
NORTH BERGEN, NJ 07047-5312
COUNTY: HUDSON

4.7.  MOCCO, COLLEEN
SSN: 141-82-XXXX
(NEW JERSEY: 1987-1988)
⌐ SSN was linked to more than 2 people.
DOB: 05/1986
9242 KENNEDY BLVD APT
NORTH BERGEN, NJ 07047-5312
COUNTY: HUDSON
(201) 758-9966
(201) 662-7804

4.8.  MOCCO, PETER M
DOB: 08/1980
9242 KENNEDY BLVD APT
NORTH BERGEN, NJ 07047-5312
COUNTY: HUDSON
(201) 758-9966
(201) 662-7804
(201) 662-8047

4.9.  MOCCO, AUDREY
555 NORTH AVE APT 25B
FORT LEE, NJ 07024-2421
COUNTY: BERGEN

5.  MOCCO, PETER
533 MONMOUTH ST
JERSEY CITY, NJ 07302-1527
COUNTY: HUDSON

|  | | | |
|---|---|---|---|
| | MOCCO, M P<br>• AKA: MOCCO, P M<br>• AKA: LOFFREDO, PERRI<br>• AKA: MOCCO, PERRI L<br>• AKA: LOFFREDO, PIERINA M<br>• AKA: MOCCO, PIERINA LOFFREDO | | |
| 6. | SSN: 137-34-XXXX<br>(NEW JERSEY: 1959-1961)<br>DOB: 1944<br>DOB: 04/1944<br>DOB: 08/1944<br>DOB: 08/1944<br>DOB: 01/1899 | 4423 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | (201) 223-2616 |
| 6.1. | FOCCO, AUDREY C<br>• AKA: MOCCO, AUDREY CYNTHI<br>SSN: 148-62-XXXX<br>(NEW JERSEY: 1976-1977)<br>DOB: 08/1968 | 17 BOULDER RUN RD 17<br>PATERSON, NJ 07501-3355<br>COUNTY: PASSAIC | (973) 345-3452 |
| 6.2. | LAFFREDO, ANTHONY J<br>• AKA: LOFFREDO, ANTHONY J<br>SSN: 158-60-XXXX<br>(NEW JERSEY: 1975-1976)<br>DOB: 05/1967 | 3725 N PILGRIM RD<br>BROOKFIELD, WI 53005-2226<br>COUNTY: WAUKESHA | (262) 783-3427 |
| 6.3. | KONONOWITZ, KIMBERLY ANN<br>• AKA: LEARY, KIMBERLY A<br>• AKA: LOFFREDO, KIMBERLY ANN<br>SSN: 146-76-XXXX<br>(NEW JERSEY: 1984-1985)<br>DOB: 02/1970 | 12 CATALINA DR<br>BARNEGAT, NJ 08005-1344<br>COUNTY: OCEAN | (609) 698-6786 |
| 6.4. | LOFFREDO, ELIZABETH | 15-47 11TH ST<br>FAIR LAWN, NJ 07410-1954<br>COUNTY: BERGEN | (201) 796-2329 |
| 6.5. | LOFFREDO, BOBBY<br>• AKA: LOFFREDO, ROBERT<br>SSN: 145-76-XXXX<br>(NEW JERSEY: 1984-1985)<br>DOB: 07/1968 | 91 TUNES BROOK DR # DA<br>BRICK, NJ 08723-6635<br>COUNTY: OCEAN | (000) 000-0000 |
| 6.6. | LOFFREDO, VICENT<br>• AKA: LOFFEDO, VIMCENT<br>• AKA: LOFFRADO, VINCENT<br>• AKA: LOFFREDO, VINCENT JOSEPH<br>• AKA: OFFREDO, VINCENT I<br>SSN: 148-68-XXXX<br>(NEW JERSEY: 1979-1980)<br>DOB: 01/1964 | 2323 VERMONT AVE<br>TOMS RIVER, NJ 08755-1334<br>COUNTY: OCEAN | |
| 6.7. | LOFFRAD, OVINCENT<br>• AKA: LOFFREDO, VINCENT<br>• AKA: LOFFREDO, VINCENT LOFFREDO<br>• AKA: ST, VINCENT L<br>• AKA: LOFFREDO, VINCENZO<br>SSN: 143-28-XXXX<br>(NEW JERSEY: 1952-1955)<br>DOB: 1936<br>DOB: 07/1935 | 91 TUNES BROOK DR<br>BRICK, NJ 08723-6635<br>COUNTY: OCEAN | |
| 6.8. | LOFFREBO, MARCIA M<br>• AKA: LOFFREDO, MARCIA<br>• AKA: LOFFREDO, MARCIA M<br>• AKA: LOFREDO, MARCIA M<br>SSN: 137-76-XXXX<br>(NEW JERSEY: 1983-1985) | 771 BALTIC DR<br>BRICK, NJ 08723-4254<br>COUNTY: OCEAN | (732) 477-7645 |

⌐ SSN was linked to more than 2 people.
SSN: 218-9-XXXX

⚡ SSN invalid or not yet issued.

DOB: 04/1967
DOB: 08/1967

|  | LOFFREDO, LIS J<br>• AKA: LOFFREDO, LISA J<br>• AKA: LOFSREDO, LISA J<br>• AKA: MANZI, LISA J<br>SSN: 150-72-XXXX<br>(NEW JERSEY: 1981-1983)<br>DOB: 07/1967<br>DOB: 08/1967<br>DOB: 07/1967 | 3725 PILGRIM RD<br>BROOKFIELD, WI 53005-2226<br>COUNTY: WAUKESHA | (262) 783-3427 |
|---|---|---|---|
| 6.9. | | | |
| 6.10. | KELLY, COLLEEN A<br>• AKA: LOFFREDO, COLLEEN K<br>• AKA: LOFFREDO, COLLEN K<br>SSN: 138-74-XXXX<br>(NEW JERSEY: 1982-1983)<br>DOB: 04/1967 | 2323 VERMONT AVE<br>TOMS RIVER, NJ 08755-1334<br>COUNTY: OCEAN | |
| 6.11. | LOFFREDO, CATHERINE A<br>SSN: 140-32-XXXX<br>(NEW JERSEY: 1957-1959)<br>⚡ SSN was linked to more than 2 people.<br>DOB: 09/1941<br>DOB: 1942 | 91 TUNES BROOK DR<br>BRICK, NJ 08723-6635<br>COUNTY: OCEAN | |
| 6.12. | LOFFREDO, PERI | 555 NORTH AVE APT 25B<br>FORT LEE, NJ 07024-2421<br>COUNTY: BERGEN | |
| 7. | MOCCO, JOE E<br>• AKA: MACCO, JOSEPH E<br>• AKA: MOCCO, JOSEPH<br>• AKA: MOCCO, JOSEPH E<br>• AKA: NACCO, JOSEPH E<br>• AKA: NOCCO, JOSEPH E<br>SSN: 154-58-XXXX<br>(NEW JERSEY: 1974-1975)<br>DOB: 12/1966<br>DOB: 1967 | 4423 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | (201) 223-2616 |
| 7.1. | MOCCO, LISA A<br>• AKA: MOCCO, LISA REY<br>• AKA: REY, LISA A<br>SSN: 141-76-XXXX<br>(NEW JERSEY: 1983-1985)<br>DOB: 07/1970 | 25 EAST AVE<br>NAPLES, FL 34108-3421<br>COUNTY: COLLIER | (239) 514-7740 |
| 7.2. | MOCCO, REY L | 293 MARIGOLD CT<br>TOMS RIVER, NJ 08753-1323<br>COUNTY: OCEAN | (732) 240-1761 |
| 7.3. | MOCCO, AUDREY | 914 82ND ST APT<br>NORTH BERGEN, NJ 07047-5037<br>COUNTY: HUDSON | |
| 7.4. | MOCCO, LISA | 6773 SOUTHERN OAK CT<br>NAPLES, FL 34109-7830<br>COUNTY: COLLIER | (239) 592-1170<br>(239) 514-7740 |
| 8. | MOCCO, LORARNINE | 4423 KENNEDY BLVD<br>NORTH BERGEN, NJ 07047-2767<br>COUNTY: HUDSON | (201) 223-2616 |
| 9. | MOCCO, MARJORIE<br>SSN: 142-86-XXXX<br>(NEW JERSEY: 1989-1990)<br>⚡ SSN was linked to more than 2 people.<br>DOB: 07/1985 | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | (908) 221-0346<br>(908) 221-9262 |

| No. | | Address | | Phone |
|---|---|---|---|---|
| 10. | MOCCO, LORRAINE<br>SSN: 142-86-XXXX<br>(NEW JERSEY: 1989-1990) | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | | (908) 221-0346 |
| 11. | MOCCO, PETER<br>SSN: 140-32-XXXX<br>(NEW JERSEY: 1957-1959)<br>⚠ SSN was linked to more than 2 people. | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | | (908) 221-0346 |
| 12. | MOCCO, LORRAINE M<br>DOB: 02/1983 | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | | (908) 221-0346<br>(908) 221-9262 |

## Associated Entities

Pers

**Person Associates**

| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
| 1. | FREEDMAN, MARC<br>FREEDMAN, MARC A | 11 LUIS MUNOZ MARIN BLVD APT<br>JERSEY CITY, NJ 07302-4412<br>COUNTY: HUDSON | 151-50-XXXX<br>(NEW JERSEY: 1971-1972) | (201) 946-7100<br>(201) 386-7500<br>(000) 000-0000 | 1956<br>11/1955 |
| 2. | MARCIA, GEARY ZAK<br>ZAK, M G<br>GEARY, MARCIA<br>GEARY, MARCIA M<br>GEARY, MARCIA THERESA<br>GEARY-ZAK, MARCIA T<br>GEARYZAK, MARCIA T<br>ZAK, MARCIA GEARY<br>ZAK, MARCIA T<br>GEARY, MARICIA<br>GEARY, ZAK MARCIA | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 145-40-XXXX<br>(NEW JERSEY: 1964-1965) | (908) 221-1938 | 05/1948<br>05/1952<br>05/1948 |
| 3. | ZAK, ROSE E | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 156-03-XXXX<br>(NEW JERSEY: 1936-1951) | (908) 221-1938 | |
| 4. | ZAK, MARCIA T | 11 MARION PL APT<br>JERSEY CITY, NJ 07306-6407<br>COUNTY: HUDSON | | (201) 536-8727 | |
| 5. | ZAK, JEFF<br>ZAK, JEFFREY C | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 137-42-XXXX<br>(NEW JERSEY: 1965-1966) | (908) 221-1938 | 10/1952<br>1953 |
| 6. | ZAK, CHARLES R<br>ZAK, CHARLES T | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | 140-18-XXXX<br>(NEW JERSEY: 1936-1951) | (908) 221-1938 | 03/1922 |

## Neighbors

**Neighbors**

81 CLARK RD 41, BERNARDSVILLE, N

| Name | Address | Phone |
|---|---|---|
| COOPER, THURSTON T | 80 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | (908) 221-0430<br>(908) 696-0508 |

| | | |
|---|---|---|
| CROOKS, DONALD L | 96 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | (908) 766-2856 |
| | 60 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | (908) 696-0197<br>470-9352 |
| | 110 CLARK RD<br>BERNARDSVILLE, NJ 07924-1014<br>COUNTY: SOMERSET | (908) 204-0904 |
| GELFAND, WILMA J | 111 CLARK RD<br>BERNARDSVILLE, NJ 07924-1013<br>COUNTY: SOMERSET | (908) 722-8653 |
| ARMSTRONG, SARAH ANNE | 50 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | (908) 221-0202<br>(908) 204-9211 |
| | 121 CLARK RD<br>BERNARDSVILLE, NJ 07924-1013<br>COUNTY: SOMERSET | (908) 766-0291 |
| | 41 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | (908) 221-1938 |
| MARINACCIO, ANTHONY J | 40 CLARK RD<br>BERNARDSVILLE, NJ 07924-1005<br>COUNTY: SOMERSET | (908) 766-2046 |
| MOCCO, AUDREY | 81 CLARK RD<br>BERNARDSVILLE, NJ 07924-1004<br>COUNTY: SOMERSET | (908) 221-0346 |

## Sources

| Sources | |
|---|---|
| All Sources | 91 Source |
| Bankruptcy Records | 1 Source |
| Liens and Judgments | 10 Source |
| Person Locator 1 | 1 Source |
| Voter Registrations | 3 Source l |
| Historical Person Locator | 25 Source |
| Person Locator 2 | 10 Source l |
| Deed Transfers | 8 Source l |
| Tax Assessor Records | 31 Source |
| Utility Locator | 2 Source l |

Key:
⚑   High or moderate risk indicator. These flags may prompt you to investigate further
✓   The most recent telephone listing as reported by the EDA source

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual

state's Department of State.

Source: Public Records > SmartLinx(TM) > § **SmartLinx(TM) - Person Summary Reports** ⓘ
Terms: **last-name(Mocco) , first-name(Lorraine) , state(NJ)**   (Edit Search)
View: Full
Date/Time: Monday, August 13, 2007 - 3:04 PM EDT

 LexisNexis®

About LexisNexis  | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.